UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

LUIS GRASSO,

    Plaintiff,

v.

BALTEC MARINE LLC,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**

    Defendant, Baltec Marine LLC ("Defendant"), by and through its undersigned counsel and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court remove this action filed by Plaintiff, Luis Grasso ("Plaintiff"), from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

    1.    On or about February 22, 2017, Plaintiff filed his Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Luis Grasso and Other Similarly Situated Individuals v. Baltec Marine LLC* (the "Circuit Court case"). The Circuit Court case was assigned case number 2017-004063-CA-01.

    2.    In Count II of the Complaint, Plaintiff alleges violations of the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").

3. Because Plaintiff asserts claims under the FLSA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

4. Plaintiff served the Complaint on March 2, 2017. Therefore, this Notice has been filed within thirty days after service upon Defendants of the pleading setting forth the claim for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

5. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant is attached to this Notice as **Exhibit 1**.

6. A removal is not proper unless "all defendants who have been properly joined and served … consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Defendant has complied with this requirement by filing this Notice of and Petition for Removal.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide promptly written notice of the removal to Plaintiff and will file a copy of this Notice with the Circuit Court in and for Miami-Dade County, Florida.

8. The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiff filed his Complaint. Thus, removal to this Court is proper.

WHEREFORE, Defendant, Baltec Marine LLC, respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court and directs that the Circuit Court in and for Miami-Dade County, Florida has no further jurisdiction of this matter unless and until this case is remanded.

Dated:  March 21 2017
Miami, Florida

Respectfully submitted,

By: /s/David E. Block
    David E. Block, Esq.
    Florida Bar No. 108820
    E-mail: *David.Block@jacksonlewis.com*
    Alberto I. Manca, Esq.
    Florida Bar No. 113339
    E-mail: *Albert.Manca@jacksonlewis.com*
    JACKSON LEWIS P.C.
    One Biscayne Tower, Suite 3500
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone:  305-577-7600
    Facsimile:   305-373-4466
    *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

    /s/ David E. Block
      David E. Block, Esq.

CASE NO: _____

## **SERVICE LIST**

| | |
|---|---|
| Anthony M. Georges-Pierre, Esq.<br>Florida Bar No. 533637<br>Primary E-mail: agp@rgpattorneys.com<br>Secondary E-mails: apetisco@rgpattorneys.com;<br>rregueiro@rgpattorneys.com;<br>pn@rgpattorneys.com<br>REMER & GEORGES-PIERRE, PLLC<br>Miami, Florida 33130<br>Telephone: 305-416-5000<br>Facsimile: 305-416-5005<br><br>*Attorney for Plaintiff* | David E. Block<br>Florida Bar No.: 108820<br>E-mail: david.block@jacksonlewis.com<br>Alberto I. Manca, Esq.<br>Florida Bar No. 113339<br>Email: albert.manca@jacksonlewis.com<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: 305-577-7600<br>Facsimile: 305-373-4466<br><br>*Attorneys for Defendant* |