# EXHIBIT 1

printing document Page 1 of 2

Filing # 52723603 E-Filed 02/20/2017 04:14:38 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

---

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.:________________
Judge: ________________

Luis Grasso
Plaintiff
vs.
Baltec Marine LLC
Defendant

---

**II. TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
- ☐ Business governance
- ☐ Business torts
- ☐ Environmental/Toxic tort
- ☐ Third party indemnification
- ☐ Construction defect
- ☐ Mass tort
- ☐ Negligent security
- ☐ Nursing home negligence
- ☐ Premises liability – commercial
- ☐ Premises liability – residential

☐ Products liability
☐ Real Property/Mortgage foreclosure
- ☐ Commercial foreclosure $0 - $50,000
- ☐ Commercial foreclosure $50,001 - $249,999
- ☐ Commercial foreclosure $250,000 or more
- ☐ Homestead residential foreclosure $0 – 50,000
- ☐ Homestead residential foreclosure $50,001 - $249,999
- ☐ Homestead residential foreclosure $250,000 or more
- ☐ Non-homestead residential foreclosure $0 - $50,000
- ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,00 or more

☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
- ☐ Malpractice – business
- ☐ Malpractice – medical
- ☐ Malpractice – other professional

☒ Other
- ☐ Antitrust/Trade Regulation
- ☐ Business Transaction
- ☒ Circuit Civil - Not Applicable
- ☐ Constitutional challenge-statute or ordinance
- ☐ Constitutional challenge-proposed amendment
- ☐ Corporate Trusts
- ☐ Discrimination-employment or other
- ☐ Insurance claims
- ☐ Intellectual property
- ☐ Libel/Slander
- ☐ Shareholder derivative action
- ☐ Securities litigation
- ☐ Trade secrets
- ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☒ Non-monetary
- ☒ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (  )**
(Specify)

2

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☒ Yes
- ☐ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Anthony M Georges-Pierre FL Bar No.: 533637
Attorney or party (Bar number, if attorney)

Anthony M Georges-Pierre 02/20/2017
(Type or print name) Date

Filing # 52723603 E-Filed 02/20/2017 04:14:38 PM

IN THE CIRCUIT COURT OF THE **ELEVENTH** JUDICIAL CIRCUIT, IN AND FOR **MIAMI-DADE** COUNTY, FLORIDA

**CASE NO.**__________________

**LUIS GRASSO,**
and other similarly situated individuals,

Plaintiff,

v.

**BALTEC MARINE LLC,**
a Florida Limited Liability Company

Defendant,
________________________________________/

**COMPLAINT**

Plaintiff, **LUIS GRASSO** and other similarly situated individuals, by and through the undersigned counsel, hereby sues Defendant, BALTEC MARINE LLC, a Florida Limited Liability Company ("Defendant"), and in support avers as follows:

**GENERAL ALLEGATIONS**

1. This is an action by the Plaintiff for damages exceeding $15,000 excluding attorneys' fees or costs for Violation of Florida Private Whistleblower Act Florida Statute 448.102 ("FWA") and the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

2. This Court has jurisdiction over Plaintiff's claims pursuant to Florida Statute 448.102.

3. Plaintiff was at all times relevant to this action, resident of Miami-Dade County Florida, within the jurisdiction of this Honorable Court. Plaintiff is covered employee for purposes of the FWA and FLSA.

4. Defendant, BALTEC MARINE LLC a Florida Limited Liability Company, with one of its locations in Miami-Dade County, Florida where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5. Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and payment was due in Miami-Dade County.

6. Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

7. All conditions precedent for the filing of this action before this Court has been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

8. Plaintiff performed work for Defendants as a non-exempt employee from on or about February 2015, through on or about January 18, 2017.

9. Plaintiff was hired by Defendant as a Warehouse Clerk.

10. Plaintiff was not paid for all hours worked and is still owed for his last day of work with Defendant.

11. On or about November 2016, Plaintiff and other co-workers were transferred to work at another location for Defendant. However, the building construction at this location was not completed; therefore, company did not have authorization to operate at this location.

12. Throughout the period Plaintiff was working for Defendant at this location, Plaintiff would complain to Manager (Chris) about the inappropriate working conditions; such as: no electricity, no potable water, no proper restrooms (Portable restroom at the premises).

13. Throughout the period Plaintiff was working for Defendant at this location, Defendant would have Plaintiff working inside Containers (size may varied between 20 feet and 55 feet tall) so that Plaintiff and other employees would hide from the Inspectors, who clearly told Defendant that they could not have anyone working at the premises and/or inside containers.

14. On or about beginning of the month of January, 2017, Plaintiff complained again to Manager regarding the working conditions.

15. On or about January 18, 2017, Plaintiff employment was terminated. Plaintiff believes that the reason for his termination was due to his complaints about the inappropriate working conditions.

**<u>COUNT I</u>**
***VIOLATION OF §448.102, FLORIDA STATUTES***
***BALTEC MARINE LLC***

16. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 15 of this complaint as if set out in full herein.

17. Section 448.102, Florida Statutes states in relevant part:

> "An employer may not take any retaliatory personnel action against an employee because the employee has:
>
> (3) Objected to, or refused to participate in, any activity, policy, or practice of the employer which is in violation of a law, rule, or regulation."

18. Throughout his employment tenure with Defendant, Plaintiff complained to Defendant regarding inappropriate working conditions; which activities violated laws, rules and regulations as more fully set forth above.

19. As a direct and proximate result of Plaintiff's complaints, Plaintiff's employment was terminated.

20. As a result of Defendant's willful and malicious conduct, and Plaintiff's termination for complaining about violations of law, rule and regulation, Plaintiff has experienced and will continue to experience significant financial and economic loss in the form of lost wages and lost benefits. Plaintiff has also experienced and will continue to experience emotional anguish, pain and suffering and loss of dignity damages. Plaintiff accordingly demands lost economic damages in the form of back pay and front pay, compensation for his lost benefits, as well as compensatory damages.

21. Plaintiff also demands his attorney's fees and costs as provided by law.

**WHEREFORE**, Plaintiff prays for the entry of a judgment against Defendant and an award of economic damages in the form of back pay and front pay, as well as compensatory damages, attorney's fees and costs as a result of Defendant's retaliatory conduct in violation of §448.101 et seq., Florida Statutes, and any and all other relief provided by law.

**COUNT II**
***Wage & Hour Federal Statutory Violation against BALTEC MARINE LLC***

22. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 15 of this complaint as if set out in full herein.

23. This action is brought by Plaintiff to recover from Defendant unpaid wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*

24. Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

25. At all times pertinent to this Complaint, corporate Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the corporate Defendant obtains and solicits funds from

non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

26. Upon information and belief, at all times material hereto, corporate Defendant's annual gross revenue exceeded $500,000 per annum on its own, or as part of a joint enterprise with the other corporate Defendants named herein, or which are as of yet unknown but will be revealed through further discovery. To the extent that corporate Defendant operated as part of a joint enterprise, it did so with corporate entities that performed related activities, under the common control of the individual Defendants, and for common business purposes related to the work performed by Plaintiff for Defendant.

27. By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

28. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from three (3) years from the date of the filing of this complaint.

29. Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

30. To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled. *See, e.g.*, *Cruz v. Maypa*, 773 F.3d 138, 147 (4th Cir. 2014) (extending failure-to-post tolling in the ADEA context to the FLSA); *Yu G. Ke v. Saigon Grill, Inc.*, 595 F. Supp. 2d 240, 259 (S.D.N.Y. 2008) ("Failure to provide required notice of the governing legal requirements may be a sufficient basis for tolling."); *Kamens v. Summit Stainless, Inc.*, 586 F. Supp. 324, 328 (E.D. Pa. 1984) ("An employer's failure to post a statutorily required notice of this type tolls the running of any period of limitations.").

WHEREFORE, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation for hours worked in excess of forty (40) weekly, with interest;

C. Award Plaintiff an equal amount in double damages/liquidated damages;

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**JURY DEMAND**

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: 2/20/17

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

Filing # 52823076 E-Filed 02/22/2017 12:24:43 PM

IN THE CIRCUIT COURT OF THE **ELEVENTH** JUDICIAL CIRCUIT, IN AND FOR **MIAMI-DADE** COUNTY, FLORIDA

**CASE NO.**2017-004063-CA-01

**LUIS GRASSO,**
and other similarly situated individuals,

Plaintiff,

v.

**BALTEC MARINE LLC,**
a Florida Limited Liability Company

Defendant,
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**BALTEC MARINE LLC**

*Registered Agent:*
CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_______________________________________
CLERK DATE

_______________________________________
(BY) DEPUTY CLERK

printing document Page 1 of 1

Filing # 52823076 E-Filed 02/22/2017 12:24:43 PM

IN THE CIRCUIT COURT OF THE **ELEVENTH** JUDICIAL CIRCUIT, IN AND FOR **MIAMI-DADE** COUNTY, FLORIDA

**CASE NO.** 2017-004063-CA-01

**LUIS GRASSO,**
and other similarly situated individuals,

Plaintiff,

v.

**BALTEC MARINE LLC,**
a Florida Limited Liability Company

Defendant,
_______________________________________/

**SUMMONS IN A CIVIL CASE**

**BALTEC MARINE LLC**

*Registered Agent:*
CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

2/24/2017

CLERK DATE

309876

(BY) DEPUTY CLERK

Printing document Page 1 of 2

Filing # 53394053 E-Filed 03/07/2017 02:23:47 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of DADE** **Circuit Court**

Case Number: 2017-004063-CA-01

Plaintiff:
**LUIS GRASSO,**

vs.

Defendant:
**BALTEC MARINE LLC,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 1st day of March, 2017 at 1:47 pm to be served on BALTEC MARINE LLC, REGISTERED AGENT: CORPORATION SERVICE COMPANY, 1201 HAYS ST, TALLAHASSEE, FL 32301.

I, Herman Mathers, do hereby affirm that on the 2nd day of March, 2017 at 11:54 am, I:

Served the within named CORPORATION by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to CORPORATION SERVICE COMPANY as REGISTERED AGENT, by serving SARA LEA as PROCESS CLERK authorized to accept service for registered agent.

I certify that I have no interest in the above action, that I am over the age of eighteen and have proper authority in the jurisdiction in which this service was made. I declare, under penalties of perjury pursuant to F.S. 92.525(2), that I have read the foregoing document and that the facts stated in it are true.

**Herman Mathers**
SPECIAL PROCESS SERVER #3

**OJF SERVICES, INC.**
**13727 S.W. 152ND ST.**
**PMB# 354**
**MIAMI, FL 33177**
**(954) 929-4215**

Our Job Serial Number: OJF-2017002855
Ref: 2855

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

Filing # 52823076 E-Filed 02/22/2017 12:24:43 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2017-004063-CA-01

LUIS GRASSO,
and other similarly situated individuals,

Plaintiff,

v.

BALTEC MARINE LLC,
a Florida Limited Liability Company

Defendant,

3/2/17
@ 11:54 AM
Sara Leq
#/M
3

SUMMONS IN A CIVIL CASE

BALTEC MARINE LLC

*Registered Agent:*
CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, FL 32301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

2/24/2017

CLERK DATE

309676

(BY) DEPUTY CLERK

Filing # 53381737 E-Filed 03/07/2017 12:20:21 PM

# RETURN OF SERVICE

**State of FLORIDA** **County of DADE** **Circuit Court**

Case Number: 2017-004063-CA-01

Plaintiff:
**LUIS GRASSO,**

vs.

Defendant:
**BALTEC MARINE LLC,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 1st day of March, 2017 at 1:47 pm to be served on BALTEC MARINE LLC, REGISTERED AGENT: CORPORATION SERVICE COMPANY, 1201 HAYS ST, TALLAHASSEE, FL 32301.

I, Herman Mathers, do hereby affirm that on the 2nd day of March, 2017 at 11:54 am, I:

Served the within named CORPORATION by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to CORPORATION SERVICE COMPANY as REGISTERED AGENT, by serving SARA LEA as PROCESS CLERK authorized to accept service for registered agent.

I certify that I have no interest in the above action, that I am over the age of eighteen and have proper authority in the jurisdiction in which this service was made. I declare, under penalties of perjury pursuant to F.S. 92.525(2), that I have read the foregoing document and that the facts stated in it are true.

**Herman Mathers**
SPECIAL PROCESS SERVER #3

**OJF SERVICES, INC.**
**13727 S.W. 152ND ST.**
**PMB# 354**
**MIAMI, FL 33177**
**(954) 929-4216**

Our Job Serial Number: OJF-2017002855
Ref: 2855

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

printing document Page 2 of 2

Filing # 52823076 E-Filed 02/22/2017 12:24:43 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2017-004063-CA-01

LUIS GRASSO,
and other similarly situated individuals,

Plaintiff,

v.

BALTEC MARINE LLC,
a Florida Limited Liability Company

Defendant,

3/2/17
@ 11:54 AM
Sara Leg
#/M
3

## SUMMONS IN A CIVIL CASE

BALTEC MARINE LLC

*Registered Agent:*
CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, FL 32301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

2/24/2017

CLERK DATE

309676

(BY) DEPUTY CLERK